UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL BOZAK, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.<br><br>    Defendant. | Civil Action No:<br><br>3:11-cv-00738-RNC<br><br><br><br><br><br><br>July 26, 2012 |

**JOINT MOTION FOR STAY PENDING SETTLEMENT DISCUSSIONS**

The parties, by and through their undersigned counsel, hereby move this court for a stay of this litigation, pending settlement discussions.

This Court referred this matter to Magistrate Judge Martinez on June 4, 2012 for a settlement conference. Document No.: 92. The parties agreed to attend private mediation in lieu of a settlement conference with the Court, and the Court accordingly agreed to stay the settlement conference date with the Magistrate Judge. Document No.: 95. A date to recommence discovery of July 25, 2012 was set if the case was not resolved. *Id.*

On July 18, 2012, the parties met in New York, NY and conducted an all day private mediation session. After about nine hours of good faith negotiations, a proposed settlement was negotiated, subject both to client review and approval and an agreement upon necessary structural and procedural terms. Attorneys for the parties are now in the process of consulting with their clients about the proposal. Defense counsel has indicated

1

that it may take a few weeks for the Defendant to complete its review. In light of the pending settlement discussions and the complex nature of this matter, the parties jointly move this court for a stay of this litigation through August 15, 2012.  By then, the parties should be able to report back to the court as to whether they have reached an agreement or not.

If the parties have confirmed a settlement, additional time will then be needed to prepare the settlement papers, including the settlement agreement, a motion for preliminary approval of the settlement, notice to the class and other documents.

If the parties have not confirmed a settlement, a further report to the court will be made.

For these reasons, the parties' Joint Motion for Stay Pending Settlement Discussions should be granted.

| Fed Ex Ground Package System, Inc. | Michael Bozak, individually and on behalf of other similarly situated individuals, |
|---|---|
| By:__/s/ *Christopher Parlo*_____<br>Christopher Parlo<br>Morgan, Lewis & Bockius, LLP<br>101 Park Avenue<br>New York, NY  10178<br>Fed No: ct04700<br>Attorney for Defendant<br>(212) 309-6062<br>(212) 309-6273 fax<br>cparlo@morganlewis.com | By:__/s/ *Richard E. Hayber*_____<br>Richard E. Hayber<br>Hayber Law Firm, LLC.<br>221 Main Street, Suite 502<br>Hartford, CT  06106<br>Fed No: ct11629<br>Attorney for Plaintiffs<br>(860) 522-8888<br>(860) 218-9555 fax<br>rhayber@hayberlawfirm.com |

## CERTIFICATION OF SERVICE

I hereby certify that on **July 26, 2012** a copy of the foregoing **JOINT MOTION FOR STAY PENDING SETTLEMENT DISCUSSIONS** was filed electronically [and service made by certified mail to anyone unable to accept electronic filing].  Notice of this filing will be sent by email to all parties by operation of the Courts electronic filing system [or by certified mail for anyone unable to accept electronic filing].  Parties may access this filing through the Courts system.

　　　　　　　　　　　　　　　　　　　　*/s/ Richard E. Hayber*
　　　　　　　　　　　　　　　　　　　　　Richard E. Hayber