**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **MICHAEL BOZAK and WILLIAM LAWSON, individually, and on behalf of others similarly situated,** : : : : | **CIVIL ACTION NO:** **3:11-cv-00738-RNC** |
| **Plaintiffs,** : : | |
| **v.** : : : | |
| **FEDEX GROUND PACKAGE SYSTEM, INC.,** : : : | **APRIL 28, 2014** |
| **Defendant.** : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF THE SETTLEMENT, SERVICE PAYMENT, AND ATTORNEYS' FEES AND COSTS**

PLEASE TAKE NOTICE that:

For the reasons set for in the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Approval of the Settlement, Service Payment, and Attorneys' Fees and Costs, in the Declaration of Justin M. Swartz and accompanying exhibits ("Swartz Declaration"), in the Declaration of Richard E. Hayber ("Hayber Declaration"), and in the Declaration of Anthony J. Pantuso, III ("Pantuso Declaration"), Plaintiffs hereby move this Court, before the Honorable Judge Robert N. Chatigny, 450 Main Street, Suite 262, Hartford, Connecticut, to enter an Order granting approval of the Settlement Agreement ("Settlement Agreement"), attached as Exhibit A to the Swartz Declaration; approve the proposed Settlement Notice and Claim/Consent Form (Exhibits B and C) and direct their distribution; (3) approve service payment of $10,000 to the Named Plaintiff signatory; (4) approve the request for one-third of the settlement fund for attorneys' fees and costs; (5) and enter judgment in this matter.

\*     \*     \*

2

Dated: April 28, 2014
New York, New York

        Respectfully submitted,

        By: */s/ Justin M.Swartz*\_\_\_\_\_

        **OUTTEN & GOLDEN LLP**
        Justin M. Swartz (phv03853)
        Ossai Miazad (phv05034)
        3 Park Avenue, 29th Floor
        New York, New York 10016
        Telephone: (212) 245-1000
        Facsimile: (212) 977-7005

        **THE HAYBER LAW FIRM, LLC**
        Richard E. Hayber (ct11629)
        221 Main Street, Suite 502
        Hartford, CT 06106
        Telephone:  (860) 522-8888
        Facsimile: (860) 218-9555

        **THE QUINN LAW FIRM, LLC**
        Anthony J. Pantuso, III (ct11638)
        204 S. Broad St.
        Milford, CT 06460
        Telephone: (203) 877-5400
        Facsimile: (203) 877-5416

        *Attorneys for Plaintiffs and the Proposed Collective*

## CERTIFICATION OF SERVICE

  I hereby certify that on **April 28, 2014** a copy of the foregoing documents were filed electronically and service made by certified mail to anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by certified mail for anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                      */s/ Justin M. Swartz*
                      Justin M. Swartz